EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2012 TSPR 127 |
| Medidas Judiciales para atender emergencias causadas por la tormenta tropical Isaac | 186 DPR ____ |

Número del Caso: EM-2012-06

Fecha: 22 de agosto de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por la tormenta tropical            EM-2012-06
Isaac


RESOLUCIÓN


San Juan, Puerto Rico, a 22 de agosto de 2012.


Conforme a la información recibida de las autoridades pertinentes, y ante el pronóstico de que las condiciones del tiempo se deteriorarán por el paso de la tormenta tropical Isaac por Puerto Rico, se decreta la suspensión de los trabajos en la Rama Judicial y el cierre de las Secretarías de los Tribunales durante la tarde de hoy, 22 de agosto de 2012, con cargo a la licencia por desastre natural.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará la tarde hoy, 22 de agosto de 2012, como si fuera un día feriado.

Cualquier término a vencer ese día y mientras dure la emergencia, se extenderá hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo